STATE OF NEW JERSEY IN THE INTEREST OF
E. M. A JUVENILE.

March 28, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ISMAEL AYALA.

March 28, 1973. Petition for certification denied.

SIDNEY KRIEGER v. HELMSLEY-SPEAR, INC.

April 2, 1973. Petition for certification granted and re-manded.

FISHER-STEVENS, INC. v.
DIRECTOR, DIVISION OF TAXATION.
MERIT MAILERS v. DIRECTOR, DIVISION OF TAXATION.

April 2, 1973. Petition for certification denied.